**Victoria G. TAN–GATUE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 02–3034.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2002.

Before MICHEL, LOURIE and LINN, Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

**Ian M. STRACHAN, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 02–3296.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2002.

Before CLEVENGER, Circuit Judge, PLAGER, Senior Circuit Judge, and DYK, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.